■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT DU BOIS and ANDREW J. SMITH, Appellants.—

Christ, P. J., Munder, Latham, Kleinfeld and Brennan, JJ., concur.